**Opinion issued August 15, 2023**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-23-00363-CV

————————————

**SERGIO FERERO, Appellant**

**V.**

**HUMBERTO GUZMAN, Appellee**

---

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Case No. 1203684**

---

## MEMORANDUM OPINION

Appellant Sergio Ferero filed a notice of appeal from the May 12, 2023 order denying his appeal from the Justice Court's denial of his statement of inability to afford payment of court costs. We dismiss this appeal for lack of jurisdiction.

The clerk's record indicates that appellee filed a petition for eviction of appellant in the Justice Court on March 20, 2023. Appellant filed a statement of inability in the Justice Court on April 17, 2023. The Justice Court denied appellant's statement of inability by order signed on April 18, 2023. Appellant then filed an appeal of that denial in the County Court on April 24, 2023. The County Court denied the appeal by order signed on May 12, 2023. Appellant then filed a notice of appeal from the County Court's May 12, 2023 order.

The party filing a statement of inability may challenge an order denying his or her statement of inability in the court of appeals "with jurisdiction over an appeal from the judgment in the case." TEX. R. APP. P. 145(g). The clerk's record does not indicate that there is a judgment in this case and appellant has not filed a notice of appeal from a judgment in this case. Accordingly, this Court does not have jurisdiction over an appeal from a final judgment in this case.

On June 27, 2023, this Court issued a notice to appellant that the Court might dismiss this appeal unless appellant responded within 10 days establishing this Court's jurisdiction over this appeal. Appellant did not respond. Because this Court has no appeal from a final judgment in this case, we have no jurisdiction to review the May 12, 2023 interlocutory order denying his appeal from the Justice Court's ruling on his statement of inability.

We dismiss this appeal for lack of jurisdiction. *See* TEX. R. APP. P. 42.3(a), 43.2(f). We dismiss as moot any pending motions.

**PER CURIAM**

Panel consists of Justices Kelly, Landau, and Farris.